In re Phillip JORDAN, Appellant,

v.

STATE of Missouri, Respondent.

WD 78493

Missouri Court of Appeals, Western District.

ORDER FILED: May 31, 2016

Ellen H. Flottman and Erika R. Eliason, Columbia, MO, for appellant.

Mary H. Moore, Jefferson City, MO, for respondent.

Before Division Three: Gary D. Witt, Presiding Judge, James E. Welsh, Judge and Anthony Rex Gabbert, Judge

## ORDER

Per curiam:

Appellant Phillip Jordan ("Jordan") appeals from a judgment entered by the Jackson County probate court committing Jordan to the custody of the Director of the Department of Mental Health as a sexually violent predator. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).